IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ERIC WILLIAMS,

    Plaintiff,

v.

KATHY MARTIN,

    Defendant.

CIVIL ACTION NO.: 6:15-cv-32

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 36), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint on grounds of *res judicata* and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Plaintiff *in forma pauperis* status on appeal. The Court also **DISMISSES as moot** Defendant's Motion to Dismiss, (doc. 22).

**SO ORDERED**, this ____ day of January, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA